John A. Anderson (4464)
jaanderson@stoel.com
Timothy M. Considine (13179)
tmconsidine@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131
Facsimile:  (801) 578-6999

Attorneys for Defendants DePuy, Inc., DePuy International, DePuy Orthopedics, Inc., and Johnson & Johnson, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| GARY VOSS and SHIRLEY VOSS,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZIMMER HOLDINGS, INC., DEPUY INC., DEPUY INTERNATIONAL, DEPUY ORTHOPEDICS, INC., JOHNSON & JOHNSON, INC., AND JOHN DOES I-X,<br><br>    Defendants. | **JOINDER OF ZIMMER HOLDINGS, INC.'S NOTICE OF REMOVAL**<br><br>Civil No. 1:11-CV-00087<br><br>The Honorable Judge Paul M. Warner |

Defendants DePuy, Inc., DePuy International, DePuy Orthopedics, Inc. (collectively the "DePuy Defendants") and Johnson & Johnson, Inc. hereby consent to the removal of the claims against all Defendants herein to the United States District Court, District of Utah, Northern Division and join in the Notice of Removal filed by Defendant Zimmer Holdings, Inc.

DATED:  May 31, 2011.

                              STOEL RIVES LLP

                              /s/ Timothy M. Considine
                              John A. Anderson
                              Timothy M. Considine

                              Attorneys for Defendants DePuy, Inc., DePuy
                              International, DePuy Orthopedics, Inc., and
                              Johnson & Johnson, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2011, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

dhuntsma@braytonlaw.com
rgilchrist@braytonlaw.com
klarsen@rqn.com
rrose@rqn.com

    /s/Timothy Considine\_\_\_\_